No. 01–238. BMW MANUFACTURING CORP. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. 

No. 01–248. ULSTER HOME CARE, INC., ET AL. *v.* SPITZER, ATTORNEY GENERAL OF NEW YORK; and RUBIN *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. Reported below: 96 N. Y. 2d 505, 757 N. E. 2d 764 (first judgment); 96 N. Y. 2d 548, 757 N. E. 2d 762 (second judgment).

No. 01–287. ADLER ET AL. *v.* DUVAL COUNTY SCHOOL BOARD ET AL. C. A. 11th Cir. Certiorari denied. 

No. 01–372. HANNON *v.* DEPARTMENT OF JUSTICE; and TOWN-SEND *v.* DEPARTMENT OF JUSTICE. C. A. Fed. Cir. Certiorari denied. Reported below: 234 F. 3d 674 (first judgment); 2 Fed. Appx. 911 (second judgment).

No. 01–387. CROMPTON CO./CIE, FKA UNIROYAL CHEMICAL LTD. *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied. 

No. 01–391. GINN ET AL. *v.* UNITED STATES TRUSTEE ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–403. VILLARREAL-ALARCON ET AL. *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. 

No. 01–404. WHITE ET AL. *v.* METROPOLITAN LIFE INSURANCE CO., INC., ET AL. C. A. 11th Cir. Certiorari denied. 

No. 01–420. FLANIGAN ET AL. *v.* GENERAL ELECTRIC CO. ET AL. C. A. 2d Cir. Certiorari denied. 

No. 01–421. OCEAN BULK SHIPS, INC., ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–516. BUCE *v.* ALLIANZ LIFE INSURANCE CO., FKA NORTH AMERICAN LIFE & CASUALTY CO. C. A. 11th Cir. Certiorari denied.